PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Edward Bond, Jr.                              Cr.: 07-00014-001

Name of Sentencing Judicial Officer: Susan D. Wigenton, U.S. District Judge

Date of Original Sentence: 07/27/07

Original Offense: Uttering Counterfeit Currency

Original Sentence: 4 years probation; $2,000 fine; $3,871.49 restitution; $100 special assessment. Special conditions: 4 months home confinement with electronic monitoring, financial disclosure, and DNA collection.

Type of Supervision: Probation                    Date Supervision Commenced: 07/27/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | Bond is delinquent with his financial obligation. Specifically, to date, he satisfied $3,600, leaving an outstanding balance of $2,371.49. He failed to repay the financial penalty in full within 30 days of sentencing.

U.S. Probation Officer Action: Our Office recommends presentation of this document to Bond as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 12/7/07

[ ] Submit a Request for Warrant or Summons
[X] Other - U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.

Signature of Judicial Officer

Dec 12, 2007
Date