PROB 35　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(Rev. 4/81)　　　　　　　　　　　　　　　　　Supervised Release Prior to Original Expiration Date

# United States District Court

For The

District of New Jersey

UNITED STATES OF AMERICA

　　　　V.　　　　　　　　　　　　　　　　　　　Crim. No.　07-0014(1)

Edward Bond

On July 27, 2007, the above named was placed on probation for a period of four (4) years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Stone

## ORDER OF THE COURT

**Denied**

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __23rd__ Day of __April__, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge